**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**KIMBERLEY D MALONE** | **CASE NO. 3:21-CV-03882**

**VERSUS** | **JUDGE TERRY A. DOUGHTY**

**LOUIS DEJOY** | **MAG. JUDGE KAYLA D. MCCLUSKY**

**MEMORANDUM ORDER**

Before the Court is a Motion for Transcripts at Government Expense [Doc. No. 97] filed by Kimberley D. Malone ("Plaintiff"). For the reasons set forth below, the Motion is **DENIED**.

Following an adverse judgment,[1] and on July 14, 2026, Plaintiff filed an appeal before the United States Circuit Court of Appeals for the Fifth Circuit.[2] Proceeding *in forma pauperis*, Plaintiff asks the Court for an order requiring preparation of the trial transcript at government expense pursuant to 28 U.S.C. § 753(f).[3] This statutory provision authorizes courts to issue such an order if the judge "certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f). The Fifth Circuit has further clarified that the "moving party must also establish that the transcript is necessary for proper disposition of the appeal." *Haskett v. Unknown Clients #1–#9*, 789 Fed. Appx. 489, 490 (5th Cir. 2020). Plaintiff has failed to establish that the transcript is necessary for the proper disposition of her appeal. Furthermore,

[1] [Doc. No. 90].
[2] [Doc. No. 91].
[3] [Doc. No. 97].

Plaintiff did not timely file her motion for transcript at government expense within 14 days after filing her notice of appeal as required by FED. R. APP. P. 10(b)(1)–(2).

For the reasons set forth above,

**IT IS ORDERED** that Plaintiff Kimberley D. Malone's Motion for Transcripts at Government Expense [Doc. No. 97] is **DENIED**.

MONROE, LOUISIANA, this 23rd day of October, 2026.

Terry A. Doughty
United States District Judge